UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OCEANA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| WILBUR L. ROSS, United States Secretary of Commerce, et al., | ) | Civil Action No. 08-1881 (PLF) |
| Defendants, | ) | |
| and | ) | |
| FISHERIES-SURVIVAL FUND, | ) | |
| Defendant-Intervenor. | ) | |

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that this matter is REMANDED WITHOUT VACATUR to the

National Marine Fisheries Service for the limited purpose outlined in the accompanying opinion;

it is

FURTHER ORDERED that the parties shall meet and confer in order to propose

a schedule by which the National Marine Fisheries Service ("NMFS") will address the

deficiencies identified in the accompanying opinion. On or before October 30, 2020, the parties

shall file a joint status report informing the Court whether they have reached agreement on a

proposed schedule. If the parties are not in agreement, they shall inform the Court of their

respective positions; and it is

FURTHER ORDERED that the NMFS shall file status reports updating the Court on its formal consultation progress every sixty days.

SO ORDERED.

                                           /s/
                                           PAUL L. FRIEDMAN
                                           United States District Judge

DATE:  October 1, 2020